| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

S. M., J. C., C. O., T. R., M. W., AND K. W., §§§§§

    Plaintiffs,

*versus*      §      CASE NO. 9:20-CV-203

BOARD OF REGENTS OF STEPHEN F. AUSTIN STATE UNIVERSITY, SCOTT GORDON, PH.D., AS PRESIDENT OF STEPHEN F. AUSTIN STATE UNIVERSITY, AND STEPHEN F. AUSTIN STATE UNIVERSITY

    Defendants.

## ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal (#21), filed December 8, 2020, this action is dismissed in its entirety, without prejudice. Each party shall bear its own costs of court and attorney's fees.

SIGNED at Beaumont, Texas, this 10th day of December, 2020.

                                   *Marcia A. Crone*
                                   MARCIA A. CRONE
                                   UNITED STATES DISTRICT JUDGE